1  BENJAMIN B. WAGNER
   KATHLEEN A. SERVATIUS
2  Assistant U.S. Attorney
   4401 Federal Building
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

FILED

SEP 07 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   01:10-CR-00071 AWI
                                    )
              Plaintiff,            )   PUBLIC ORDER SEALING MOTION,
                                    )   APPLICATION TO SEAL, AND ORDER TO
       v.                           )   SEAL
                                    )
SALVADOR FERNANDEZ, et al.,         )
                                    )
              Defendants.           )
_____)

The United States having applied to this Court for an order permitting it to file a document under seal, together with the Government's Application to Seal, Memorandum of Law and accompanying Declaration of Kathleen A. Servatius, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application of the United States Attorney and the accompanying Memorandum of Law and Declaration of Kathleen A. Servatius, shall be filed with this Court under seal and shall not be disclosed pending further order of this court.

DATED: August 30, 2010

_____
Honorable Anthony W. Ishii
U.S. District Judge

1