# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Paktricio  Solis                                **Docket Number:**   1:10CR00071-004

**Name of Judicial Officer**:    Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**    5/5/2011

**Original Offense:** 21 U.S.C. § 846 and 841(a)(1),  Conspiracy to Distribute Methamphetamine (CLASS A FELONY)

**Original Sentence:** 36 months Bureau of Prisons; 5 years supervised release; $100 special assessment; mandatory drug testing.

**Special Conditions:** 1) Warrantless Search; 2) Financial Disclosure; 3) Financial Restrictions; 4) Drug/Alcohol Treatment; 5) Drug/Alcohol Testing; 6) Pager/Cellular Phone Restriction; 7) No Alcohol; 8) Aftercare Co-payment; 9) Cognitive Behavioral Treatment

**Type of Supervision:**    Supervised Release

**Date Supervision Commenced:**    8/13/2012

**Other Court Actions:**

**12/02/2013:**            Probation Form 12A filed with the Court, reporting offender's use of a controlled substance.  Officer requested no further action.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

  The defendant shall not enter or reside in the Republic of Mexico without permission of the court or probation officer.

**Justification:** The defendant was released on supervised release to the Southern District of California, where he has been supervised since that time.  It is the request of the probation office in the Southern

District of California that the above stated condition be added to the offender's conditions of supervised release.  The offender has requested he be granted permission periodically to visit family in Tijuana, Baja California, Mexico, and the above condition will allow for such travel without continually requesting approval through the Court.  The offender will continue to reside in Chula Vista, California.  It is noted by the Southern District of California, that it is common for offenders residing in the Southern District to have authorized travel into Mexico via the condition.

Respectfully submitted,

/s/ Sarah L. Kirk

**Sarah L. Kirk**
**United States Probation Officer**
Telephone:

**DATED:** 3/7/2014

Reviewed by,

/s/ Tim D. Mechem

**Tim D. Mechem**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

X  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   March 10, 2014

SENIOR  DISTRICT  JUDGE